Garnette Arrick, appellee, v. Chicago United Theatres, Inc., appellant. Gen. No. 31,321.

Action for personal injuries. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. J. C. Eagleton, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1927. Reversed with a finding of fact. Opinion filed October 10, 1927.

Cassels, Potter & Bentley, for appellant; Ralph F. Potter and Kenneth B. Hawkins, of counsel. W. B. Matterson and H. H. Patterson, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.

Esther W. Southgate, executrix under the last will of Charles F. Southgate, deceased, appellee, v. Jacob Edson Himes, appellant. Gen. No. 31,353.

Bill to compel payment provided by will. Decree for complainant. Appeal from the Circuit Court of Cook county; the Hon. Francis S. Wilson, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1926. Affirmed. Opinion filed October 10, 1927.

W. T. Apmadoc and Edwin Terwilliger, Jr., for appellant. George W. Plummer and Wharton Plummer, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.

Frank Waisman, appellee, v. Harry London, appellant. Gen. No. 31,361.

Action for realty broker's commission. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Edgar A. Jonas, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1926. Reversed. Opinion filed October 10, 1927.

Jacob G. Grossman, for appellant. Morris K. Levinson, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.

Charles P. Hamilton, appellee, v. Hyde Park State Bank, appellant. Gen. No. 31,528.

Trespass for false arrest and imprisonment. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Timothy D. Hurley, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1926. Affirmed. Opinion filed October 10, 1927.

Wm. J. Pringle and Edwin Terwilliger, Jr., for appellant. Nash & Ahern, for appellee; James J. McDermott and Cornelius J. Harrington, of counsel.

Mr. Justice O'Connor delivered the opinion of the court.